**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
GEORGE E. KERSEY,                )
        Plaintiff,                )
                                  ) Civil Action
                                  ) No. 16-12414-PBS
        v.                        )
                                  )
PEOPLES' UNITED BANK, NA OF       )
CONNECTICUT, et al.,              )
        Defendants.               )
```

**ORDER**

January 3, 2017

SARIS, C.D.J.

   By Memorandum and Order dated December 16, 2016, plaintiff was granted leave to proceed in forma pauperis and was directed to show cause why this action should not be dismissed.  See Docket No. 5.  Now before the Court is plaintiff's Amended Complaint. See Docket No. 7.  Having reviewed the amended pleading, it is hereby Ordered that:

   1. The clerk shall issue summonses for service of the Amended Complaint on the two defendants; and

   2. The Clerk shall send the summons, amended complaint, and this Order to the plaintiff, who must thereafter serve the defendants in accordance with Federal Rule of Civil Procedure 4(m).  The plaintiff may elect to have service made by the United States Marshal Service.  The plaintiff shall have 90 days from the date of this Order to complete service.

SO ORDERED.

                                   /s Patti B. Saris
                                   PATTI B. SARIS
                                   CHIEF UNITED STATES DISTRICT JUDGE